IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY SCOTT HUTTEN            )
                               )
v.                             )        No. 3-10-0105
                               )
LT. RICKY KNIGHT; JOHN         )
MAXWELL; OFFICERS JOHN DOES;   )
and BRENTWOOD POLICE           )
DEPARTMENT                     )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' proposed case management order, with modifications addressed at the initial case management conference held on April 2, 2010. Those modifications and other matters addressed on April 2, 2010, are as follows:

1.      As a result of the plaintiff's amended complaint (Docket Entry No. 12), the defendants' motion to dismiss (Docket Entry No. 6) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

As a result of the amended complaint, the Clerk is directed to terminate Brentwood Police Department as a defendant and to add City of Brentwood as a new defendant.

2.      As soon as possible and no later than April 7, 2010, the plaintiff shall serve a summons and a copy of the complaint upon counsel for defendants Knight and Maxwell, who has agreed to accept service on behalf of defendant City of Brentwood.

3.      All defendants, including defendant City of Brentwood, shall have until April 12, 2010, to file an answer to the amended complaint.

4.      The parties shall serve initial disclosures in accord with Rule 26(a)(1) of the Federal Rules of Civil Procedure by April 16, 2010.

5.      Any motion to amend the pleadings shall be filed by June 1, 2010.

6. Because the parties anticipate little or no discovery of electronically stored information, they are exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007.

7. The parties shall file a joint mediation report by September 1, 2010, indicating whether they believe that there is any potential for settlement, whether they have participated in ADR, and/or whether they believe that ADR would be productive.

8. Any discovery motion relating to fact discovery shall be filed by September 15, 2010.

As provided in the contemporaneously entered order, the deadline for filing dispositive motions is December 10, 2010. Any response shall be filed within 31 days of the filing of the motion or by January 10, 2011, if the motion is filed on December 10, 2010. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by January 24, 2011, if the response is filed on January 10, 2011.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty-five (25) pages.

The parties are not required to provide courtesy copies to chambers, nor are the parties required to obtain leave of Court before filing a motion for partial summary judgment.

There shall be no stay of discovery until the September 10, 2010, deadline for the completion of fact discovery or the November 24, 2010, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

In consultation with Judge Wiseman's office, a jury trial is scheduled on **Tuesday, May 3, 2011, beginning at 10:00 a.m.,** in Courtroom 783, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties expect that the trial would last two (2) days.

2

A pretrial conference is also scheduled before Judge Wiseman on **Friday, April 22, 2011, at 10:00 a.m.,** in Chambers, 777 U.S. Courthouse.

The parties' obligations prior to the pretrial conference will be set forth by separately entered order.

It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge

3