IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY SCOTT HUTTEN ) | |
| ) | |
| v. ) | No. 3-10-0105 |
| ) | |
| LT. RICKY KNIGHT; JOHN ) | |
| MAXWELL; OFFICERS JOHN DOES; ) | |
| and BRENTWOOD POLICE ) | |
| DEPARTMENT ) | |

O R D E R

The plaintiff's motion to compel (Docket Entry No. 29) is GRANTED.

By March 8, 2011, the defendants shall serve responses to the written discovery served on them by the plaintiff on July 29, 2010.

The deadlines provided in the order entered September 22, 2010 (Docket Entry No. 24), and in the orders entered April 2, 2010 (Docket Entry Nos. 13-14), as modified by the orders entered September 13, 2010 (Docket Entry No. 23), and December 20, 2010 (Docket Entry No. 28), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge