IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY SCOTT HUTTEN )
)
v. ) No. 3-10-0105
)
LT. RICKY KNIGHT; JOHN )
MAXWELL; OFFICERS JOHN DOES; )
and BRENTWOOD POLICE )
DEPARTMENT )

O R D E R

By order entered March 9, 2011 (Docket Entry No. 33), the time for the parties to file an updated joint mediation report was extended to March 28, 2011. No such report has been filed.

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, April 14, 2011, at 2:00 p.m.,** to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, whether the parties will use experts, the status of discovery, assuming that all fact discovery has now been completed, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge