IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOTT HUTTEN | ) | |
| | ) | |
| v. | ) | No. 3-10-0105 |
| | ) | |
| LT. RICKY KNIGHT; JOHN | ) | |
| MAXWELL; OFFICERS JOHN DOES; | ) | |
| and BRENTWOOD POLICE | ) | |
| DEPARTMENT | ) | |

O R D E R

It is hereby ORDERED that the telephone conference call, scheduled by order entered April 12, 2011 (Docket Entry No. 36), on April 22, 2011, is RESCHEDULED to **Thursday, April 21, 2011, at 1:00 p.m.,** at counsel's request and agreement, to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, whether the parties will use experts, the status of discovery, assuming that all fact discovery has now been completed, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge