IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY SCOTT HUTTEN )
)
v. ) No. 3-10-0105
)
LT. RICKY KNIGHT; JOHN )
MAXWELL; OFFICERS JOHN DOES; )
and BRENTWOOD POLICE )
DEPARTMENT )

O R D E R

Upon the Court's request and with the agreement of the parties, the telephone conference call, rescheduled by order entered April 13, 2011 (Docket Entry No. 37), on April 21, 2011, is again RESCHEDULED to **Monday, April 25, 2011, at 2:00 p.m.,** to address the potential for settlement, propriety of ADR, whether the parties will use experts, the status of discovery, assuming that all fact discovery has been completed, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge