IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY SCOTT HUTTEN )
)
v. ) No. 3-10-0105
)
LT. RICKY KNIGHT; JOHN )
MAXWELL; OFFICERS JOHN DOES; )
and BRENTWOOD POLICE )
DEPARTMENT )

O R D E R

Pursuant to the order entered April 22, 2011 (Docket Entry No. 38), counsel for the parties called the Court on April 25, 2011, at which time the following matters were addressed:

1. The March 1, 2011, deadline for completion of all fact discovery is extended to May 23, 2011.[1]

2. The May 27, 2011, deadline for filing any dispositive motion is extended to May 31, 2011. Any response shall be filed within 28 days of the filing of the motion or by June 28, 2011, if the motion is filed on May 31, 2011. Any reply, if necessary, shall be filed within one (1) week of the filing of the response or by July 5, 2011, if the response is filed on June 28, 2011.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

3. By May 25, 2011, the parties shall file their final mediation report, indicating whether they believe that there is a potential for settlement, whether they believe that ADR would be necessary or productive, and whether the defendants intend to file a dispositive motion.

A further conference call with the Court will be scheduled thereafter if appropriate.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The deadlines for disclosure of experts have passed and the parties did not disclose any experts.