IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY SCOTT HUTTEN )
)
v. ) No. 3-10-0105
)
LT. RICKY KNIGHT; JOHN )
MAXWELL; OFFICERS JOHN DOES; )
and BRENTWOOD POLICE )
DEPARTMENT )

O R D E R

Pursuant to the order entered May 31, 2011 (Docket Entry No. 41), a telephone conference call with the Court and counsel for the parties was scheduled on June 1, 2011, but, upon counsel's request, an in-court proceeding was held in lieu thereof, at which time the following matters were addressed:

1. The May 23, 2011, deadline for completing fact discovery[1] is extended to August 15, 2011.[2]

2. All discovery motions shall be filed by August 16, 2011.

3. An extended time for the parties to file a joint mediation report has not been set. Defendants' counsel represented that, unless significant information develops as a result of the remaining depositions, there is little chance of settlement in this case.

4. The May 31, 2011, deadline for filing any dispositive motion is extended to September 1, 2011. Any response shall be filed within 28 days of the filing of the motion or by September 29, 2011, if the motion is filed on September 1, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 13, 2011, if the response is filed on September 29, 2011.

---

[1] The parties anticipate taking no more than 2-4 additional depositions. The parties anticipate filing an agreed order to obtain medical records from the VA.

[2] The deadlines for disclosure of experts have passed and the parties did not disclose any experts.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the District Judge.

There shall be no stay of discovery before the August 15, 2011, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

The September 23, 2011, pretrial conference is CANCELLED, and the October 4, 2011, jury trial is CANCELLED, and rescheduled to begin on **Tuesday, January 24, 2012.** The parties anticipate that the trial will last two (2) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge