UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOTT HUTTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:10-cv-00105 |
| v. | ) | |
| | ) | |
| LT. RICKY KNIGHT, JOHN | ) | JUDGE SHARP |
| MAXWELL, OFFICERS JOHN DOE, | ) | MAGISTRATE JUDGE GRIFFIN |
| and THE CITY OF BRENTWOOD, | ) | |
| TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 46) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Counts IV, V, VI, VII, and VIII. With respect to the remaining counts, the motion is DENIED as to Lieutenant Knight and Officer Maxwell in their individual capacities and GRANTED as to all other defendants. Defendants' Motion to Strike (Docket Entry No. 63) is DENIED AS MOOT.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE